# SENTENCING HEARING

Date: 01/25/18  
Start: 9:59am   End: 10:29am

Judge Leonie M. Brinkema  
Reporter: A. Thomson  
probation officer present

## UNITED STATES of AMERICA    CASE NUMBER: 1:17cr248
Vs.

HYUNG KWON KIM

Counsel/Govt.: Mark Daly/Mark Lytle   Counsel/Deft.: Mark Matthews/Matthew Hicks  
Court adopts PSI [ ] without exceptions [ ] with the following exceptions:_____

**SENTENCING GUIDELINES:**          Upon Motion of [ ] Deft [ ] Govt  
Offense Level: _27__              Court depart from G/L pursuant to:  
Criminal History: _I__                                     [ ] USSG 5K1.1  
Imprisonment Range: _____ to _60__ months                 [ ] USSG 5C1.2  
Supervised Release Range: __1__ to __3__ years             [ ] USSG 5K2.12  
Restitution: $_243,542.00_                                 [ ] USSG 5H1.4  
Fine Range: $_12,500.00__ to $_487,084.00__                [ ] _____  
Special Assessment: $_100.00____ per Count

**JUDGMENT of the COURT:**  
BOP for _6__ months, with credit for time served  
Supervised Release for _2__ Years  
Supervised Probation for _____ Years  
Restitution: $ _**243,542.00**_ payable to _____  
Fine: $ _**105,000.00**_ [x] Due Immediately [ ] Monthly payments of $_____ to begin _____ days from imposition of sentence/release  
Special Assessment: $_100.00_ [ ]Satisfied [x] Due immediately  
Fine/Costs Waived [x] Interest Waived [x]

**SPECIAL CONDITIONS:**  
___ Home Confinement for the first _____ days/months of supervision, at the deft=s expense, w/leave as directed by Court.  
___ Deft. to remain drug free, In/Out patient treatment as directed.  
   ___Deft to pay costs as able       ___Deft to waive privacy  
___ Deft. to participate in _____ counseling as directed.  
   ___Deft to pay costs as able       ___Deft to waive privacy  
_x_ Pay Restitution of $ _**243,542.00**___,[ ] Due Immediately [ ] Monthly  
_x_ Access to all financial information/records  
___ No New Credit/No Purchases over $_____ without prior approval.  
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.  
___ Seek and maintain full time employment   ___Full-time education program  
_x_ Drug Testing Waived  
___ Other: _____

**RECOMMENDATION TO BOP:**

_x_ Deft. to be designated to a Facility in _Allenwood, PA.

___ Residential Drug Abuse Treatment Program (RDAP)

___ Other: _____.

Defendant: [ ] Remanded [x] Self Surrender/Bond cont.

Restitution order to be provided by govt